UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DION CARTER,

    *Plaintiff*,

v.

DISTRICT OF COLUMBIA, and JAMES VAUGHN, DANA FRIEND, HERBERT ROUSON, and CHERYL BAILEY, *individuals*,

    *Defendants.*

No. 1:22-cv-1681 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the District of Columbia's Motion to Dismiss this action, Dkt. 15, is **GRANTED.** It is further

**ORDERED** that the individual defendants' Motions to Dismiss this action, Dkts. 16, 18, are **GRANTED.**

The Clerk of Court is directed to close this case. This is a final appealable order.

**SO ORDERED.**

 

*[signature]*
DABNEY L. FRIEDRICH
United States District Judge

July 7, 2023